EMANUEL GOODMAN and ARTHUR WERNER, Copartners, etc., Appellants, v. IRVING BISHOP, as Executor, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of DOMINIC J. MASELLA, Petitioner, for an Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Respondent, v. LONGCHAMPS, INC., Appellant, Impleaded with Others, Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS J. HERMAN, Respondent, v. MORRIS B. MORRIS and Others, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JOHN VON BLUMENTHAL, Respondent, v. FILLIPO CASSOLA, Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ. [166 Misc. 744.]

In the Matter of the Application of JOHN V. H. Ross, Petitioner, for an Order against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

IRVING MORGEN, Respondent, v. MORRIS COHON and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THOMAS W. MCGRAIL, for Himself and Thirty-four Others Similarly Situated, Appellants, v. THE CITY OF NEW YORK, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of LEO NITSHKE, Petitioner, Respondent, for an Order against PAUL J. KERN, President, and Others, as Commissioners Constituting the Municipal Civil Service Commission of the City of New York, and Others, Appellants.— Order unanimously modified by excluding salary previous to January 26, 1938, the date of the final order herein, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

LUTHER B. MCEWING, Respondent, v. WILLIAM M. NEVIN, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.